# United States District Court
## Northern District of Illinois
### Eastern Division

Julie Padgett                       **JUDGMENT IN A CIVIL CASE**

        v.                                Case Number: 07 C 4918

Manorcare Health Services Inc.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is remanded to the Circuit Court of Cook County, there being no federal jurisdiction.

                                                Michael W. Dobbins, Clerk of Court

Date: 1/30/2008                          _____
                                                  /s/ Wanda A. Parker, Deputy Clerk